**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

George Arthur Flournoy
Flournoy, Doggett & Losavio
P. O. Box 1270
Alexandria LA 71309-1270

**REHEARING ACTION: June 11, 2008**

**Docket Number: 07   01248-WCA**

**JACKIE B. MORRIS**
**VERSUS**
**CACTUS DRILLING COMPANY**

**Appealed from Office of Workers' Compensation - #1E Case No. 04-07530**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Michael G. Sullivan**
    **Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jackie B. Morris** has this day been

    **DENIED.**

cc: Richard Anthony Weigand, Counsel for the Appellant